**Luis FIGUEROA, Petitioner-Appellant,**

v.

**Warden Gio RAMIREZ, Respondent-Appellee.**

No. 17-7508

United States Court of Appeals, Fourth Circuit.

Submitted: January 30, 2018

Decided: February 2, 2018

Luis Figueroa, Appellant Pro Se.

Before MOTZ and KEENAN, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Luis Figueroa, a federal prisoner, appeals the district court's order accepting the recommendation of the magistrate judge and dismissing Figueroa's 28 U.S.C. § 2241 (2012) petition without prejudice. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Figueroa v. Ramirez*, No. 1:17-cv-01965-RBH, 2017 WL 4349210 (D.S.C. Oct. 2, 2017). We dispense with oral argument

---

because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

Michael Holloway appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Holloway v. Taylor*, No. 1:16-cv-00410-LMB-MSN, 2017 WL 3485045 (E.D. Va. Aug. 14, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*